**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANDRE LAMAR JAMES, | Case No. 1:22-cv-00625-JLT-HBK |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATION |
| v. | (Doc. 13) |
| RILEY and GUTIERREZ, | |
| Defendants. | |

Plaintiff, Andre Lamar James, is proceeding pro se and *in forma pauperis* in this civil rights action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 13, 2023, the Magistrate Judge filed Findings and Recommendations, recommending the district court dismiss this action for Plaintiff's failure to comply with a court order and prosecute this action. (Doc. 13.) Specifically, the Plaintiff failed to keep the Court appraised of his current address. (*See id.*) Plaintiff failed to file any objections and the time to do so has expired. (*See* docket.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, the Court **ORDERS**:

1. The Findings and Recommendations, issued on November 13, 2023 (Doc. 13), is **ADOPTED IN FULL.**
2. This action is **DISMISSED**, without prejudice, due to Plaintiff's failure to obey a court order and failure to prosecute.
3. The Clerk of Court is directed to close this action.

IT IS SO ORDERED.

Dated:   **November 30, 2023**

UNITED STATES DISTRICT JUDGE

2